Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V.                                                                                                Crim. No. 3:03CR37-002/RV

BRENDA J. WILLIAMS

    On January 27, 2005, the above named was placed on Supervised Release for a period of 3 years which term commenced on January 27, 2005. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Brenda J. Williams be discharged from Supervised Release.

Respectfully submitted,

Donna D. Easterling
U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this ___2___ day of ___August___, 20_06_.

Roger Vinson
Senior U.S. District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA

06 AUG -3 PM 1:06

FILED